IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEVORAH SHABTAI

    Plaintiff,

v.                                                          4:09cv508-WS

STATE OF FLORIDA, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed February 12, 2010. The magistrate judge recommends that the plaintiff's complaint be dismissed. The plaintiff has filed no objections to the report and recommendation.

The court having considered the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's second amended complaint (doc. 7) is DISMISSED.

3. The clerk shall enter judgment accordingly and shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this   22nd   day of    March   , 2010.


                               s/ William Stafford
                               WILLIAM STAFFORD
                               SENIOR UNITED STATES DISTRICT JUDGE